1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10 MIGUEL A. MARTINEZ,                                  )
                                                        )     Case No. 2:15-cv-00883-MMD-NJK
11                              Plaintiff(s),            )
                                                        )     ORDER
12 vs.                                                  )
                                                        )     (Docket Nos. 17, 18)
13 LAS VEGAS METROPOLITAN POLICE                        )
   DEPARTMENT, et al.,                                  )
14                                                      )
                                Defendant(s).           )
15 _____             )

16        Pending before the Court are motions for status check. Docket Nos. 17, 18. As the Court has

17 instructed Plaintiff previously, the Court does not provide status checks and will inform Plaintiff of any

18 decision once it is made. Docket No. 6. The motions for status check are therefore **DENIED**.

19        IT IS SO ORDERED.

20        DATED: August 22, 2017

21        _____
          NANCY J. KOPPE
22        United States Magistrate Judge

23
24
25
26
27
28