UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIGUEL A. MARTINEZ,<br><br>                  Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                  Defendants. | 2:15-cv-00883-MMD-NJK<br><br>ORDER<br><br>(Docket No. 29) |

Pending before the Court is a letter from interested party Michael Bynoe regarding the Court's order on December 26, 2017, denying Plaintiff's motion for appointment of counsel. Docket No. 29; *see also* Docket No. 28 (Court's order). The letter is written by Mr. Bynoe and discusses the circumstances of Mr. Bynoe's incarceration. Docket No. 28. The letter requests the Court to reconsider its order denying Plaintiff's motion for appointment of counsel but is unclear as to whether Mr. Bynoe is attempting to request appointment of counsel for himself as well.[1] Docket No. 29.

//

//

//

//

//

---

[1] The Court previously notified Plaintiff that it does not consider inquiries in the form of a letter. Docket No. 6. All requests must be made using the appropriate motion.

Given that Mr. Bynoe is neither a party nor is permitted to represent Plaintiff, the letter is **DENIED**. If Plaintiff requests relief from the Court's order at Docket No. 28, he himself may file the appropriate motion.

    IT IS SO ORDERED.

    DATED: January 2, 2018

                                        NANCY J. KOPPE
                                        United States Magistrate Judge