1
2
3
4
5

6                     UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                 * * *

9   MIGUEL A. MARTINEZ,                 Case No. 2:15-cv-00883-MMD-NJK

10                         Plaintiff,              ORDER

        v.
11
    LAS VEGAS METROPOLITAN POLICE
12  DEPARTMENT, *et al.*,

13                        Defendants.

14

15          Magistrate Judge Nancy J. Koppe denied Plaintiff's motion for appointment of

16  counsel. (ECF No. 43.) Plaintiff has appealed that decision, arguing that the case is

17  complex in that Defendants counsel has made discovery demands and English is his

18  second language. (ECF No. 46.) The Court agrees with the Magistrate Judge's

19  determination that Plaintiff has not established the likelihood of success on the merits or

20  that the legal issues presented are complex. (ECF No. 43 at 2.) Indeed, the discovery

21  propounded by Defendants does not appear to be out of the ordinary. Plaintiff has

22  demonstrated that he is able to articulate his claims. Accordingly, the Court affirms the

23  Magistrate Judge's decision.

24          It is therefore ordered that Plaintiff's appeal of the Magistrate Judge's order denying

25  his motion for appointment of counsel (ECF No. 46) is denied.

26          DATED THIS 7th day of March 2018.

27

28                                          _____
                                            MIRANDA M. DU
                                            UNITED STATES DISTRICT JUDGE