# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL A. MARTINEZ, | Case No. 2:15-cv-00883-MMD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 47) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to stay his deposition. Docket No. 47. A response shall be filed no later than March 13, 2018, and any reply shall be filed no later than March 20, 2018.

IT IS SO ORDERED.

DATED: March 7, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge